IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MOHAMED BANDJAN and D. RAY
JAMES CORRECTIONS MUSLIM
INMATES,

    Plaintiffs,

vs.

Warden JOHNS; Ms. DYE, Food
Service Administrator; Chaplain
EASON; and D. RAY JAMES
CORRECTION,

    Defendants.

CIVIL ACTION NO.: CV512-113

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Mohamed Bandjan ("Bandjan"), an inmate at D. Ray James Correctional Institution ("D. Ray James") in Folkston, Georgia, filed this action, pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), ostensibly on behalf of himself and all Muslim inmates at D. Ray James. Only Bandjan has moved to proceed *in forma pauperis*. While the remaining Muslim inmates at J. Ray James may have common claims, those claims should be pursued by each plaintiff in separate actions. As those prospective plaintiffs have neither paid a filing fee in this case nor asked permission to proceed *in forma pauperis*, it is my **RECOMMENDATION** that their claims be **DISMISSED** without prejudice. A Muslim inmate desiring to do so may pursue those claims by filing a separate lawsuit and either paying the filing fee or requesting that he be allowed to proceed *in forma pauperis*.

AO 72A
(Rev. 8/82)

Hubbard v. Haley, 262 F.3d 1194, 1197-98 (11th Cir. 2001) (noting that 28 U.S.C. § 1915(b)(1) has been interpreted to require each prisoner to pay the full amount of a filing fee).

SO REPORTED AND RECOMMENDED, this 23rd day of October, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2