IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MOHAMED BANDJAN and D. RAY
JAMES CORRECTIONS MUSLIM
INMATES,

    Plaintiffs,

vs.

Warden JOHNS; Ms. DYE, Food
Service Administrator; Chaplain
EASON; and D. RAY JAMES
CORRECTION,

    Defendants.

CIVIL ACTION NO.: CV512-113

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The claims of "D. Ray James Corrections Muslim Inmates" are **DISMISSED**, without prejudice.

**SO ORDERED**, this 10 day of December, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)